IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0498

_____

THOMAS JAMES BICK,

       Petitioner, Obligor,
       and Appellant,

   v.

KATHLEEN JO JOHNSON,

       Respondent, Obligee,                     O R D E R
       and Appellee,

   and

STATE OF MONTANA EX REL. MONTANA
DEPARTMENT OF PUBLIC HEALTH AND
HUMAN SERVICES, CHILD SUPPORT
ENFORCEMENT DIVISION, EX REL.,

       Respondent and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Thomas James Bick, to all counsel of record, and to the Honorable Rod Souza, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 11 2021